1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Nicole Lamb

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,      ) Case No. 07MJ2784
   |                                )
12 |           Plaintiff,           )
   |                                )
13 | v.                             ) **CERTIFICATE OF SERVICE**
   |                                )
14 | NICOLE LAMB,                   )
   |                                )
15 |           Defendant.           )
16 |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
20
                       James C. Alvord
21                     fallbrookjim@sbcglobal.net

22                              Respectfully submitted,

24 DATED:    December 5, 2007          /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Nicole Lamb